Fill in this information to identify the case:

Debtor    **Tori Belle Cosmetics LLC**

United States Bankruptcy Court for the **Western District of Washington**

Case number
(If known)

Check if this is:
☐ An amended filing

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tori Belle Cosmetics LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 83-4456655 |

**4.**   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14241 NE Woodinville Duvall Rd.**<br>Number  Street<br>**Suite 486** | **N/A**<br>Number  Street |
| **Woodinville WA 98072**<br>City, State, ZIP Code | City, State, ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **King**<br>County | N/A |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | www.toribellecosmetics.com |

**6.**   **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other: Specify **N/A**

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case 23-11122-MLB    Doc 1    Filed 06/16/23    Ent. 06/16/23 15:50:44    Pg. 1 of 21

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search.

**446120**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No

☐ Yes   District **N/A** _____   When _____   Case number _____
                                              MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes   Debtor **Lashliner, Inc.** _____   Relationship **Parent company**

District **Western District of Washington**   When **08/08/2022**

Case number **22-11273-TWD** _____
                                              MM/DD/YYYY

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No |
| | ☐ Yes. Answer below for each property that needs immediate attention. |

---

**Part 2:**   **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* |

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000 - 5,000 | ☐ 25,001 - 50,000 |
| ☐ 50-99 | ☐ 5,001 - 10,000 | ☐ 50,001 - 100,000 |
| ☐ 100-199 | ☐ 10,001 - 25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☒ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☒ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001, to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

---

**Part 3:**   **Request for Relief, Declaration, and Signatures**

**WARNING**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

BKAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

Case 23-11122-MLB    Doc 1    Filed 06/16/23    Ent. 06/16/23 15:50:44    Pg. 3 of 21

/s/ Robert Kitzberger

President and Authorized Officer, authorized representative of Tori Belle
Cosmetics LLC

06/15/2023
MM/DD/YYYY

---

**18. Signature of Attorney**

/s/ James E. Dickmeyer

Attorney for Debtor(s)

06/15/2023
MM/DD/YYYY

**James E. Dickmeyer**

Printed name

**Law Office of James E. Dickmeyer, PC**

Firm name

**520 Kirkland Way Suite 400**

Number  Street

**PO Box 2623**

**Kirkland WA 98083-2623**

City, State, ZIP Code

**425-889-2324**                                           **jim@jdlaw.net**

Contact phone                                              Email address

**WSBA 14318**

Bar number

BkAssist® Software Copyright© 2010-2022 by Walter Oney. All rights reserved.

**Tori Belle Cosmetics, LLC**
**Profit and Loss**
**Apr-23**

| | |
|---|---:|
| Income | |
| 4000 Sales | |
| 4010 Product Sales | 122,576 |
| 4200 Shipping Income | 7,586 |
| 4250 Sales discounts | (8,612) |
| 4300 Returns and Refunds | (575) |
| Total 4000 Sales | **120,974** |
| Total Income | **120,974** |
| Cost of Goods Sold | |
| 5000 Cost of goods sold | |
| 5050 Freight in - COGS | 5,814 |
| Total 5000 Cost of goods sold | **5,814** |
| Total Cost of Goods Sold | **5,814** |
| Gross Profit | **115,161** |
| Expenses | |
| 6000 Selling Costs | |
| 6005 Commissions | |
| 6006 Commissions - MLM PayQuicker | 50,310 |
| Total 6005 Commissions | **50,310** |
| 6010 Merchant Account Fees | |
| 6011 CMS Nexio fees | 3,867 |
| 6010 Merchant Account Fees | **3,867** |
| Total 6000 Selling Costs | **54,176** |
| 6050 Fulfilment | 14,108 |
| 6400 Facilities | |
| 6406 Moving & Storage | 1,161 |
| Total 6400 Facilities | **1,161** |
| 6600 Professional Services | |
| 6601 Accounting fees | 7 |
| 6603 Legal Fees | 1,200 |
| Total 6600 Professional Services | **1,207** |
| 6800 Travel and Entertainment | |
| 6801 Airfare, Lodging, Transportation | 407 |
| Total 6800 Travel and Entertainment | **407** |
| 6900 General and Administrative expenses | |
| 6901 Bank fees & service charges | 278 |
| 6920 Insurance | |
| 6921 Business insurance | 694 |
| Total 6920 Insurance | **694** |
| 6950 Software Subscriptions | 10,237 |
| 6960 Product Samples and LTO | 6,146 |
| Total 6900 General and Administrative expenses | **17,356** |
| Payroll Expenses | |
| Company Contributions | |
| Health Insurance | 14,820 |
| Total Company Contributions | **14,820** |
| Taxes | 19,044 |
| Wages | 75,336 |
| Total Payroll Expenses | **109,200** |
| Reimbursements | - |
| Total Expenses | **197,615** |
| Net Operating Income | **(82,455)** |
| Other Expenses | |
| Unrealized Gain or Loss | |
| Total Other Expenses | **-** |
| Net Other Income | **-** |
| Net Income | **(82,455)** |

**Tori Belle Cosmetics, LLC**
**Balance Sheet**
**As of April 30, 2023**

| | |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1030 Primary Checking | 23,672.33 |
| 1031 Secondary Checking | 60.33 |
| 1050 Funds In Transit | 14,891.33 |
| **Total Bank Accounts** | **38,623.99** |
| Accounts Receivable | |
| 1100 Accounts Receivable | 71,000.00 |
| **Total Accounts Receivable** | **71,000.00** |
| Other Current Assets | |
| 1300 Inventory | 4,515,851.39 |
| 1305 Prepaid Inventory Deposits | 61,904.65 |
| 1320 Prepaid expenses | - |
| Inventory Asset | - |
| **Total Other Current Assets** | **4,577,756.04** |
| **Total Current Assets** | **4,687,380.03** |
| **TOTAL ASSETS** | **4,687,380.03** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 552,105.79 |
| **Total Accounts Payable** | **552,105.79** |
| Other Current Liabilities | |
| 2205 Accrued Purchases (Suppliers) | 129,682.80 |
| 2335 Lines of credit | - |
| 2650 Note Payable - Short Term | 53,696.84 |
| Direct Deposit Payable | - |
| Payroll Liabilities | **22,375.56** |
| **Total Other Current Liabilities** | **205,755.20** |
| **Total Current Liabilities** | **757,860.99** |
| Long-Term Liabilities | |
| 2655 Notes Payable - Long Term | 18,855.80 |
| 2656 PIRS loan | 556,041.81 |
| 2700 Long-term business loans | 1,419,240.00 |
| **Total Long-Term Liabilities** | **$ 1,994,137.61** |
| **Total Liabilities** | **$ 2,751,998.60** |
| Equity | |
| 3000 Member equity | (1,354,453.00) |
| 3100 Retained Earnings | 3,746,701.07 |
| Net Income | (456,867.06) |
| **Total Equity** | **$ 1,935,381.01** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 4,687,379.61** |

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2021**

For calendar year 2021 or tax year beginning _____ , ending _____

| A S election effective date | | Name | D Employer identification number |
|---|---|---|---|
| 1/1/2020 | **TYPE** | LASHLINER, LLC | 82-4999630 |
| B Business activity code number (see instructions) | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. | E Date incorporated |
| | **PRINT** | 16120 WOODINVILLE-REDMOND RD NE | 3/19/2018 |
| 446120 | | City or town    State    ZIP code | F Total assets (see instructions) |
| C ☐ Check if Sch. M-3 attached | | Woodinville    WA    98072 | |
| | | Foreign country name    Foreign province/state/county    Foreign postal code | $    5,464,313 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . ▶ 2

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . . . | 1a | 22,214,966 |
| | b | Returns and allowances . . . . . . . . . . . . | 1b | 156,090 |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | 1c | 22,058,876 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . | 2 | 6,080,904 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . | 3 | 15,977,972 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . | 4 | |
| | 5 | Other income (loss) (see instructions—attach statement) . . . . . . . . . . | 5 | 172,094 |
| | 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . ▶ | 6 | 16,150,066 |
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . | 7 | 281,950 |
| | 8 | Salaries and wages (less employment credits) . . . . . . . . . . . . . | 8 | 3,852,814 |
| | 9 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . | 9 | 173,112 |
| | 10 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| | 11 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | 403,059 |
| | 12 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . | 12 | 382,707 |
| | 13 | Interest (see instructions) . . . . . . . . . . . . . . . . . . . | 13 | 13,240 |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 36,883 |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . | 15 | |
| | 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . | 16 | 890,121 |
| | 17 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Employee benefit programs . . . . . . . . . . . . . . . . . . | 18 | 300,584 |
| | 19 | Other deductions (attach statement) . . . . . . . . . . . . . . . . | 19 | 11,778,365 |
| | 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . ▶ | 20 | 18,112,835 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . | 21 | -1,962,769 |
| **Tax and Payments** | 22a | Excess net passive income or LIFO recapture tax (see instructions) . . . | 22a | |
| | b | Tax from Schedule D (Form 1120-S) . . . . . . . . . | 22b | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . | 22c | 0 |
| | 23a | 2021 estimated tax payments and 2020 overpayment credited to 2021 . | 23a | |
| | b | Tax deposited with Form 7004 . . . . . . . . . . | 23b | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) . . . | 23c | |
| | d | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . | 23d | 0 |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . ▶ ☐ | 24 | |
| | 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . | 25 | 0 |
| | 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . | 26 | 0 |
| | 27 | Enter amount from line 26: **Credited to 2022 estimated tax** ▶ _____ **Refunded** ▶ | 27 | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

|  |  |  | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|
| Signature of officer | Date | Title | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Richard Ginnis | | 2/8/2023 | | P01214500 |
| Firm's name ▶ Richard N. Ginnis, CPA | | | Firm's EIN ▶ | 46-2360134 |
| Firm's address ▶ PO Box 30081 | | | Phone no. | (206) 783-6588 |
| City   Seattle | | State   WA | ZIP code   98113 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

HTA

Form **1120-S** (2021)

## Schedule B  Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** | Check accounting method: **a** ☐ Cash **b** ☒ Accrual |  |  |
|  | **c** ☐ Other (specify) ▶ _____ |  |  |
| **2** | See the instructions and enter the: |  |  |
|  | **a** Business activity ▶ RETAIL _____ **b** Product or service ▶ COSMETICS |  |  |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . |  | X |
| **4** | At the end of the tax year, did the corporation: |  |  |
|  | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
|  | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . |  | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)** Total shares of restricted stock . . . . . . . . . . . . . ▶ _____ |  |  |
|  | **(ii)** Total shares of non-restricted stock . . . . . . . . . . ▶ _____ |  |  |
|  | **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . |  | X |
|  | If "Yes," complete lines (i) and (ii) below. |  |  |
|  | **(i)** Total shares of stock outstanding at the end of the tax year ▶ _____ |  |  |
|  | **(ii)** Total shares of stock outstanding if all instruments were executed ▶ _____ |  |  |
| **6** | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . ▶ ☐ |  |  |
|  | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. |  |  |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions ▶ $ _____ |  |  |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . |  | X |
|  | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. |  |  |
|  | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. |  |  |
|  | **c** The corporation is a tax shelter and the corporation has business interest expense. |  |  |
|  | If "Yes," complete and attach Form 8990. |  |  |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . |  | X |
|  | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. |  |  |
|  | **b** The corporation's total assets at the end of the tax year were less than $250,000. |  |  |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. |  |  |

Form **1120-S** (2021)

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . | | | X |
| 14a | Did the corporation make any payments in 2021 that would require it to file Form(s) 1099? . . . . . . | | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . ▶ $ | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . | **1** | -1,962,769 |
| | **2** Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . | **2** | |
| | **3a** Other gross rental income (loss) . . . . . | **3a** | | |
| | **b** Expenses from other rental activities (attach statement) . . . . | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a . . . . . | **3c** | 0 |
| | **4** Interest income . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | **5** Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . | **5a** | |
| | **b** Qualified dividends . . . . . | **5b** | | |
| | **6** Royalties. . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . . | **8a** | |
| | **b** Collectibles (28%) gain (loss) . . . . . | **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) . . . . | **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . | **9** | |
| | **10** Other income (loss) (see instructions) . . . . . Type ▶ | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) . . . . . . . . . . . . | **11** | |
| | **12a** Charitable contributions . . . . . . . . . . . . . . . . . | **12a** | 38,195 |
| | **b** Investment interest expense . . . . . . . . . . . . . . . . | **12b** | |
| | **c** Section 59(e)(2) expenditures . . . . . . Type ▶ | **12c** | |
| | **d** Other deductions (see instructions) . . . . . . Type ▶ | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . | **13a** | |
| | **b** Low-income housing credit (other) . . . . . . . . . . . . . . | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** Other rental real estate credits (see instructions) . . Type ▶ | **13d** | |
| | **e** Other rental credits (see instructions) . . . . . Type ▶ | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) . . . . . . . . . . . | **13f** | |
| | **g** Other credits (see instructions) . . . . . . . . Type ▶ | **13g** | |
| **International Transactions** | **14** Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . . ▶ ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment . . . . . . . . . . . . . . | **15a** | |
| | **b** Adjusted gain or loss . . . . . . . . . . . . . . . . . . | **15b** | |
| | **c** Depletion (other than oil and gas) . . . . . . . . . . . . . . | **15c** | |
| | **d** Oil, gas, and geothermal properties—gross income . . . . . . . . | **15d** | |
| | **e** Oil, gas, and geothermal properties—deductions . . . . . . . . . | **15e** | |
| | **f** Other AMT items (attach statement) . . . . . . . . . . . . . | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income . . . . . . . . . . . . . . . . | **16a** | |
| | **b** Other tax-exempt income . . . . . . . . . . . . . . . . . | **16b** | 708,178 |
| | **c** Nondeductible expenses . . . . . . . . . . . . . . . . . | **16c** | |
| | **d** Distributions (attach statement if required) (see instructions) . . . . . . | **16d** | |
| | **e** Repayment of loans from shareholders . . . . . . . . . . . . | **16e** | |
| | **f** Foreign taxes paid or accrued . . . . . . . . . . . . . . . | **16f** | |

Form **1120-S** (2021)

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|

**Other Information**

| | 17a | Investment income . . . . . . . . . . . . . . . . | **17a** | |
| | b | Investment expenses . . . . . . . . . . . . . . | **17b** | |
| | c | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . | **17c** | |
| | d | Other items and amounts (attach statement) | | |

**Reconciliation**

| | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . | **18** | -2,000,964 |
|---|---|---|---|---|

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . | | 2,315,820 | | 505,526 |
| 2a | Trade notes and accounts receivable . . . . . | 875 | | 1,146 | |
| b | Less allowance for bad debts . . . . . . | | 875 | | 1,146 |
| 3 | Inventories . . . . . . . . . . | | 4,475,407 | | 4,729,451 |
| 4 | U.S. government obligations . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . | | 171,263 | | 87,848 |
| 7 | Loans to shareholders . . . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) . . . . . | | | | |
| 10a | Buildings and other depreciable assets . . . . | 447,398 | | 454,250 | |
| b | Less accumulated depreciation . . . . . . | 329,543 | 117,855 | 366,426 | 87,824 |
| 11a | Depletable assets . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . | | 0 | | 0 |
| 12 | Land (net of any amortization) . . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . . . | | | | |
| b | Less accumulated amortization . . . . . | | 0 | | 0 |
| 14 | Other assets (attach statement) . . . . . . | | 352,255 | | 52,518 |
| 15 | Total assets . . . . . . . . | | 7,433,475 | | 5,464,313 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . . | | 902,764 | | 719,413 |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . . | | | | 553,697 |
| 18 | Other current liabilities (attach statement) . . . . | | 5,029,787 | | 2,607,177 |
| 19 | Loans from shareholders . . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . . | | 195,753 | | 75,127 |
| 21 | Other liabilities (attach statement) . . . . . . | | | | |
| 22 | Capital stock . . . . . . . . . | | 2,263,951 | | 2,263,951 |
| 23 | Additional paid-in capital . . . . . . | | 9,097 | | 1,398,269 |
| 24 | Retained earnings . . . . . . . . | | ( 969,858) | | ( 2,262,644) |
| 25 | Adjustments to shareholders' equity (attach statement) | | 1,981 | | 109,323 |
| 26 | Less cost of treasury stock . . . . . . . | | | | |
| 27 | Total liabilities and shareholders' equity . . . . | | 7,433,475 | | 5,464,313 |

Form **1120-S** (2021)

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . | -1,292,786 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | | a | Tax-exempt interest $ _____ See Statement      708,178 | 708,178 |
| | _____ | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | a | Depreciation    $ _____ | |
| a | Depreciation $ _____ | | | _____ | 0 |
| | _____ | | 7 | Add lines 5 and 6 . . . . . . . . . . | 708,178 |
| b | Travel and entertainment $ _____ | | 8 | Income (loss) (Schedule K, line 18). | |
| 4 | Add lines 1 through 3 . . . . . . . . . | -1,292,786 | | Subtract line 7 from line 4 . . . . . . . . | -2,000,964 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account
(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . . | -969,858 | | | |
| 2 | Ordinary income from page 1, line 21 . . . . | | | | |
| 3 | Other additions . . . . . . . . . . . . | | | | 708,178 |
| 4 | Loss from page 1, line 21 . . . . . . . . | -1,962,769 | | | |
| 5 | Other reductions . . . . . . . . . . . . | 38,195 | | | |
| 6 | Combine lines 1 through 5 . . . . . . . . | -2,970,822 | 0 | 0 | 708,178 |
| 7 | Distributions . . . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . | -2,970,822 | 0 | 0 | 708,178 |

Form **1120-S** (2021)

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions,**
**Credits, etc.** ▶ See separate instructions.

**Part III** **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) **-981,384** | | **13** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | | |
| **4** Interest income | | | |
| **5a** Ordinary dividends | | | |
| **5b** Qualified dividends | | **14** Schedule K-3 is attached if checked . . . . . ▶ ☐ | |
| **6** Royalties | | **15** Alternative minimum tax (AMT) items | |
| **7** Net short-term capital gain (loss) | | | |
| **8a** Net long-term capital gain (loss) | | | |
| **8b** Collectibles (28%) gain (loss) | | | |
| **8c** Unrecaptured section 1250 gain | | | |
| **9** Net section 1231 gain (loss) | | **16** Items affecting shareholder basis **B** **354,089** | |
| **10** Other income (loss) | | | |
| | | **17** Other information **AC** **29,754,525** | |
| | | **11** Section 179 deduction | |
| | | **12** Other deductions **A** **19,097** | |

### Part I    Information About the Corporation

**A** Corporation's employer identification number
82-4999630

**B** Corporation's name, address, city, state, and ZIP code

LASHLINER, LLC
16120 WOODINVILLE-REDMOND RD NE
Woodinville, WA 98072

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . . _____
End of tax year . . . . . . . . . . _____

### Part II    Information About the Shareholder

**E** Shareholder's identifying number    Shareholder: 1
███-██-3071

**F** Shareholder's name, address, city, state, and ZIP code

LAURA HUNTER
18212 190TH PL NE
Woodinville, WA 98077

**G** Current year allocation percentage . . . . . 50.000000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . _____
End of tax year . . . . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . . . $ _____
End of tax year . . . . . . . . $ _____

For IRS Use Only

| **18** ☐ More than one activity for at-risk purposes* |
|---|
| **19** ☐ More than one activity for passive activity purposes* |

\* See attached statement for additional information.

Case 23-11122-MLB   Doc 1   Filed 06/16/23   Ent. 06/16/23 15:50:44   Pg. 12 of 21

LAURA HUNTER

████████-3071

## K-1 Statement (Sch K-1, Form 1120S)

**Line 12 - Deductions**

  **A**  Code A - Cash contributions (60%) . . . . . . . . . . . . . . . . . . . . . . . . . **A**     19,097

**Line 16 - Items affecting shareholder basis**

  **B**  Code B - Other tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . **B**     354,089

**Line 17 - Other Information**

**AC**  Code AC - Gross receipts for section 448(c) . . . . . . . . . . . . . . . . . . . . .**AC**     29,754,525

Final K-1 ☐   Amended K-1 ☐

OMB No. 1545-0123

## Schedule K-1
### (Form 1120-S)

Department of the Treasury
Internal Revenue Service

**2021**

For calendar year 2021, or tax year

beginning _____   ending _____

## Shareholder's Share of Income, Deductions,
## Credits, etc.

▶ See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -981,385 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . ▶ ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| | | B | 354,089 |
| 10 | Other income (loss) | | |
| | | 17 | Other information |
| | | AC | 29,754,526 |
| 11 | Section 179 deduction | | |
| 12 | Other deductions A    19,098 | | |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |

### Part I  Information About the Corporation

**A** Corporation's employer identification number
82-4999630

**B** Corporation's name, address, city, state, and ZIP code

LASHLINER, LLC
16120 WOODINVILLE-REDMOND RD NE
Woodinville, WA 98072

**C** IRS Center where corporation filed return
e-file

**D** Corporation's total number of shares
Beginning of tax year . . . . . . . . . _____
End of tax year . . . . . . . . . . _____

### Part II  Information About the Shareholder

Shareholder: 2

**E** Shareholder's identifying number
_____-4004

**F** Shareholder's name, address, city, state, and ZIP code

ROBERT KITZBERGER
18212 190TH PL NE
Woodinville, WA 98077

**G** Current year allocation percentage . . . . .   50.000000 %

**H** Shareholder's number of shares
Beginning of tax year . . . . . . . . . _____
End of tax year . . . . . . . . . . _____

**I** Loans from shareholder
Beginning of tax year . . . . . . . . $ _____
End of tax year . . . . . . . . . $ _____

For IRS Use Only

* See attached statement for additional information.

# K-1 Statement (Sch K-1, Form 1120S)

## Line 12 - Deductions

**A** Code A - Cash contributions (60%) . . . . . . . . . . . . . . . . . . . . . . **A** _____19,098_

## Line 16 - Items affecting shareholder basis

**B** Code B - Other tax-exempt income . . . . . . . . . . . . . . . . . . . **B** _____354,089_

## Line 17 - Other Information

**AC** Code AC - Gross receipts for section 448(c) . . . . . . . . . . . . . . . . . . . . . . .**AC** _____29,754,526_

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to *www.irs.gov/Form1125A* for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| LASHLINER, LLC | 82-4999630 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 4,475,407 |
| 2 | Purchases | 2 | 6,334,948 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 10,810,355 |
| 7 | Inventory at end of year | 7 | 4,729,451 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 6,080,904 |

**9a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory

computed under LIFO . . . . . . . . . . . . . . | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

HTA

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S**
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| LASHLINER, LLC | 82-4999630 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** Robert Kitzberger | ████-4004 | 100.00% | 50.00% | % | 138,742 |
| Laura Hunter | ████-3071 | 100.00% | 50.00% | % | 143,208 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . | **2** | | 281,950 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . | **3** | | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . | **4** | | 281,950 |

**For Paperwork Reduction Act Notice, see separate instructions.**
HTA

Form **1125-E** (Rev. 10-2016)

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2021** |
| Department of the Treasury Internal Revenue Service (99) | ▶ **Attach to your tax return.** ▶ **Go to www.irs.gov/Form4562 for instructions and the latest information.** | Attachment Sequence No. **179** |

| Name(s) shown on return LASHLINER, LLC | Business or activity to which this form relates 1120S - RETAIL | Identifying number 82-4999630 |
|---|---|---|

**Part I**   **Election To Expense Certain Property Under Section 179**

Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 0 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | **13** | 0 | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 36,564 |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**   **MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | 319 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | | | 30 yrs. | MM | S/L | |
| d   40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 36,883 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**        Form **4562** (2021)

HTA

## Line 5 (1120S) - Other Income (Loss)

| | | | |
|---|---|---|---:|
| 1 | Uncatagorized Income | 1 | 149,873 |
| 2 | Other income | 2 | 22,221 |
| 3 | Total other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 172,094 |

## Line 19 (1120S) - Other Deductions

| | | | |
|---|---|---|---:|
| 1 | Travel, Meals and Entertainment | | |
| | a  Travel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | 117,208 |
| 2 | Commissions | 2 | 8,344,206 |
| 3 | Merchant fees | 3 | 636,992 |
| 4 | Shipping | 4 | 27 |
| 5 | Product development | 5 | 94,912 |
| 6 | Utilities | 6 | 62,491 |
| 7 | Software License | 7 | 971,227 |
| 8 | Software Support | 8 | 441,117 |
| 9 | Computer Repair & Maint | 9 | 20,511 |
| 10 | Accounting & Payroll | 10 | 117,132 |
| 11 | Legal fees | 11 | 571,246 |
| 12 | Consulting | 12 | 25,270 |
| 13 | Recruiting and Education | 13 | 113,682 |
| 14 | Bank fees | 14 | 16,418 |
| 15 | Insurance | 15 | 122,396 |
| 16 | Office Expense | 16 | 98,178 |
| 17 | Dues & Subscriptions | 17 | 23,629 |
| 18 | Tax penalties | 18 | 1,663 |
| 19 | Foreign Exchange fees | 19 | 60 |
| 20 | Total other deductions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | 11,778,365 |

## Line 12a, Sch K (1120S) - Contributions

| | | | |
|---|---|---|---:|
| A | Code A - Cash contributions (60%) . . . . . . . . . . . . . . . . . . . . . . . . . . | A | 38,195 |
| | Total contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a | 38,195 |

## Line 17d, Sch K (1120S) - Other Items and Amounts

| | | | |
|---|---|---|---:|
| AC | Code AC - Gross receipts for section 448(c)  . . . . . . . . . . . . . . . . . . . . . . . | AC | 59,509,051 |

## Line 6, Sch L (1120S) - Other Current Assets

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | PREPAID EXPENSES | 1 | 171,263 | 87,848 |
| 2 | Total other current assets  . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 171,263 | 87,848 |

## Line 14, Sch L (1120S) - Other Assets

| | | | Beginning | End |
|---|---|---|---:|---:|
| 1 | Security deposit | 1 | 49,000 | 53,121 |
| 2 | CMS Reserve - Tori Belle | 2 | 304,071 | 0 |
| 3 | Intercompany Banking | 3 | -816 | -603 |
| 4 | Total other assets  . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 352,255 | 52,518 |

© 2022 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Line 18, Sch L (1120S) - Other Current Liabilities

| | | | Beginning | End |
|---|---|---|---|---|
| 1 | CREDIT CARDS | 1 | 89,390 | 281,647 |
| 2 | Payroll Payable | 2 | 215,726 | 143,578 |
| 3 | Accrued Payroll Tax | 3 | 609 | |
| 4 | Customer Deposits | 4 | 770,240 | 502,353 |
| 5 | Paycheck Protection Program Loan | 5 | 708,178 | |
| 6 | Accrued Commissions | 6 | 1,109,327 | 707,300 |
| 7 | Accrued Bonuses | 7 | 312,338 | |
| 8 | Accrued purchases | 8 | 1,170,675 | 253,379 |
| 9 | Accrued Sales Tax | 9 | 653,304 | 45,532 |
| 10 | Accrued Foreign Sales Tax | 10 | 0 | 673,388 |
| 11 | Total other current liabilities  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 11 | 5,029,787 | 2,607,177 |

## Line 25, Sch L (1120S) - Adjustments to Shareholders' Equity

| | | | Beginning | End |
|---|---|---|---|---|
| 1 | Unrealized cumulative translation adjustment | 1 | 1,981 | 109,323 |
| 2 | Total adjustment to shareholder's equity  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 2 | 1,981 | 109,323 |

## Line 5, Sch M-1 (1120S) - Income Recorded on Books not Included on Sch K

| | | | |
|---|---|---|---|
| 1 | Forgiveness of PPP loan | 1 | 708,178 |
| 2 | Total Income on books not on Sch K  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | 2 | 708,178 |

© 2022 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Summary of Unadjusted Basis of Qualified Property (4562)

12/31/2021

### Summary of Qualified Property by Activity

| | Activity | Unadjusted Cost or Basis |
|---|---|---|
| 1 | 1120S . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 298,074 |

### Detail of Qualified Property

| | Activity | Asset Description | Date In Service | Recovery Period | Years in Service | Total Cost or Basis | Business/Time Use Percent | Unadjusted Cost or Basis |
|---|---|---|---|---|---|---|---|---|
| 2 | 1120S | 20 Call center stations | 2/3/2020 | 7.0 | 2 | 15,254 | 100.00% | 15,254 |
| 3 | 1120S | Pallet rack | 8/10/2020 | 7.0 | 2 | 13,835 | 100.00% | 13,835 |
| 4 | 1120S | Leasehold improvements | 2/29/2020 | 7.0 | 2 | 7,702 | 100.00% | 7,702 |
| 5 | 1120S | Leasehold improvements-cabl | 7/6/2020 | 7.0 | 2 | 13,156 | 100.00% | 13,156 |
| 6 | 1120S | Leashold imrovements-cabling | 8/13/2020 | 7.0 | 2 | 13,582 | 100.00% | 13,582 |
| 7 | 1120S | Leashold improvements | 8/13/2020 | 7.0 | 2 | 11,942 | 100.00% | 11,942 |
| 8 | 1120S | Kitchen remodel | 12/29/2020 | 39.0 | 2 | 12,450 | 100.00% | 12,450 |
| 9 | 1120S | Air compresser | 11/18/2020 | 7.0 | 2 | 5,113 | 100.00% | 5,113 |
| 10 | 1120S | Pacjacket machine | 10/20/2020 | 7.0 | 2 | 205,040 | 100.00% | 205,040 |

© 2022 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.